AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| Alphonso David | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:22-cv-620 |
| Human Rights Campaign et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Alphonso David                                                                                            .

Date:      02/28/2022                                                      /s/ Matthew J. Singer
                                                                                                *Attorney's signature*

                                                                          Matthew J. Singer, IL 6310185
                                                                                          *Printed name and bar number*

                                                                            77 W. Wacker Dr., Suite 4500
                                                                            Chicago, IL 60601

                                                                                                   *Address*

                                                                          matt@Mattsingerlaw.com
                                                                                              *E-mail address*

                                                                                   (312) 248-9123
                                                                                             *Telephone number*

                                                                                                *FAX number*