IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALPHONSO DAVID,<br><br>          *Plaintiff*,<br><br>v.<br><br>THE HUMAN RIGHTS CAMPAIGN AND THE HUMAN RIGHTS CAMPAIGN FOUNDATION,<br><br>          *Defendants*. | Civil Action No. 1:22-CV-00620 |

## **DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants The Human Rights Campaign, Inc. ("**HRC**") and The Human Rights Campaign Foundation ("**HRCF**"), through their undersigned counsel, disclose the following:

HRC has no parent corporation and there is no publicly held corporation owning 10% or more of its stock.

HRCF has no parent corporation and there is no publicly held corporation owning 10% or more of its stock.

[*signature page follows*]

Dated: March 7, 2022.                    Respectfully submitted,

**DLA PIPER LLP (US)**

/s/    *Brian S. Kaplan*

Brian S. Kaplan, Esq.
Brian.Kaplan@dlapiper.com
Evan D. Parness, Esq.
Evan.Parness@dlapiper.com
Cherelle I. Glimp, Esq.
Cherelle.Glimp@dlapiper.com
1251 Avenue of the Americas
New York, New York 10020
Phone: (212) 335-4500
Fax: (212) 335-4501


Kim J. Askew, Esq.
(*pro hac vice application pending*)
Kim.Askew@us.dlapiper.com
Maria A. Garrett, Esq.
(*pro hac vice application pending*)
Maria.Garrett@us.dlapiper.com
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 743-4500
Facsimile: (214) 743-4545

*Attorneys for Defendants*
*The Human Rights Campaign, Inc. and*
*The Human Rights Campaign Foundation*

## CERTIFICATE OF SERVICE

This certifies that, on March 7, 2022, the undersigned filed the foregoing electronically. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system.


/s/    *Brian S. Kaplan*
Brian S. Kaplan, Esq.