IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ALPHONSO DAVID,** § § § § *Plaintiff,* § § v. § § **THE HUMAN RIGHTS CAMPAIGN AND THE HUMAN RIGHTS CAMPAIGN FOUNDATION,** § § § § *Defendants.* § § | Civil Action No. 1:22-CV-00620 |

## INITIAL CONFERENCE QUESTIONNAIRE

Plaintiff Alphonso ("**Plaintiff**" or "**Mr. David**") and The Human Rights Campaign ("**HRC**") and The Human Rights Campaign Foundation ("**HRCF**") ("HRC" and "HRCF" are sometimes collectively referred to as "**HRC**" or the "**Organization**") file this Initial Conference Questionnaire pursuant to Judge Mann's Order, dated March 23, 2022 (Dkt. No. 24):

1. Have the parties exchanged the automatic disclosures required by Fed. R. Civ. P. 26(a)(1)? **The parties will exchange automatic disclosures on or before April 26, 2022, that is, at least two days prior to the Rule 26(f) conference scheduled for April 28, 2022.**

2. If additional interrogatories beyond the 25 permitted under Fed. R. Civ. P. 33(a) are needed, the maximum *additional* ones by: plaintiff **0** and defendants **0**

3. Maximum number of requests for admission by: plaintiff **15** and defendants **15**

4. Number of depositions by plaintiff of:  parties **5**   non-parties **5**

5. Number of depositions by defendants of: parties **1**   non-parties **5**

**INITIAL CONFERENCE QUESTIONNAIRE —PAGE 1**

6. Time limit per deposition (if more than 7 hours permitted by Fed. R. Civ. P. 30(d)(1) is required): **7 hours**

7. Date for completion of factual discovery: **December 15, 2022**

8. Number of expert witnesses of plaintiff: **1** medical **2** non-medical

   Date for expert disclosure, including report(s): **March 15, 2023**

9. Number of expert witnesses of defendants: **1 (rebuttal)** medical **2 (rebuttal)** non-medical

   Date for rebuttal expert disclosure, including report(s): **May 15, 2023**

10. Dates for completion of expert depositions (if desired): **June 30, 2023**

11. Time for amendment of the pleadings by plaintiff and by defendant(s): **November 1, 2022**

12. Number of proposed additional parties to be joined by plaintiff **0** and by defendants **0** and time for adding those parties: **N/A**

13. Types of contemplated dispositive motions: **motion for summary judgment pursuant to Fed. R. Civ. P. 56.**

14. Dates for filing contemplated dispositive motions, or where applicable, requests for a premotion conference: **Requests for a premotion conference for a motion for summary judgment to be made within 30 days of the certification of the close of discovery.**

15. Have counsel reached any agreements regarding electronic discovery? If so, please describe at the initial conference. **Yes, parties intend to enter into a standard ESI protocol**

16. Do the parties' consent to trial before a magistrate judge pursuant to 28 U.S.C. § 636(d) (Answer "no" if any party declines to consent, without indicating which party has declined.) **No**

Dated: April 26, 2022.

Respectfully submitted,

| **STOWELL & FRIEDMAN LTD.** | **DLA PIPER LLP (US)** |
|---|---|
| /s/ *Linda D. Friedman* | /s/ *Kim J. Askew* |
| Linda D. Friedman | Kim J. Askew, Esq. |
| Shona B. Glink | (admitted *pro hac vice*) |
| Jared A. Calvert | Kim.Askew@us.dlapiper.com |
| 303 W. Madison, Suite 2600 | Maria A. Garrett, Esq. |
| Chicago, IL 60606 | (admitted *pro hac vice*) |
| Phone: (312) 431-0888 | Maria.Garrett@us.dlapiper.com |
| lfriedman@sfltd.com | 1900 North Pearl Street, Suite 2200 |
| sglink@sfltd.com | Dallas, Texas 75201 |
| jcalvert@sfltd.com | Telephone: (214) 743-4500 |
|  | Facsimile: (214) 743-4545 |
|  |  |
| Matthew J. Singer | Brian S. Kaplan, Esq. |
| MATT SINGER LAW, LLC | Brian.Kaplan@dlapiper.com |
| 77 W. Wacker, Suite 4500 | Evan D. Parness, Esq. |
| Chicago, IL 60601 | Evan.Parness@dlapiper.com |
| Phone: (312) 248-9123 | Cherelle I. Glimp, Esq. |
| Matt@MattSingerLaw.com | Cherelle.Glimp@dlapiper.com |
| ***Attorneys for Plaintiff*** | 1251 Avenue of the Americas |
|  | New York, New York 10020 |
|  | Phone: (212) 335-4500 |
|  | Fax: (212) 335-4501 |
|  |  |
|  | ***Attorneys for Defendants*** |
|  | ***The Human Rights Campaign and*** |
|  | ***The Human Rights Campaign Foundation*** |

## CERTIFICATE OF SERVICE

This certifies that, on April 26, 2022, the undersigned filed the foregoing electronically. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system.

/s/     *Brian S. Kaplan*
Brian S. Kaplan, Esq.