ROANNE L. MANN  DATE: April 28, 2022
UNITED STATES MAGISTRATE JUDGE  START: 11:22 a.m.
 END: 11:53 a.m.

**DOCKET NO:** 22-cv-620-ENV-RLM

**CASE** David v. The Human Rights Campaign et al.

X  INITIAL CONFERENCE  ☐ OTHER/*CHEEKS* HEARING
☐  DISCOVERY CONFERENCE  ☐ FINAL/PRETRIAL CONFERENCE
☐  SETTLEMENT CONFERENCE  X TELEPHONE CONFERENCE
☐  MOTION HEARING  ☐ INFANT COMPROMISE HEARING

| **PLAINTIFF** | **ATTORNEY** |
|---|---|
|  | Linda D. Friedman, Jared Calvert, Matthew J Singer, and Shona B. Glink |

| **DEFENDANTS** | **ATTORNEY** |
|---|---|
|  | Brian S. Kaplan, Kim Askew, Cherelle I Glimp, and Evan David Parness |

X  FACT DISCOVERY TO BE COMPLETED BY October 28, 2022
☐  SETTLEMENT CONFERENCE SCHEDULED FOR _____
☐  JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
☐  PL. TO SERVE DEF. BY: _____ DEF. TO SERVE PL. BY: _____

**RULINGS:** PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The Court conducts a telephonic initial conference. By July 6, 2022, the parties must file a joint letter-motion requesting that the discovery schedule be held in abeyance (in the event the parties have agreed to settle the case) or requesting a settlement conference or a referral to court-annexed mediation, as well as indicating the parties' availability for settlement discussions. Pleadings for all parties may be amended as of right by June 10, 2022. Plaintiff's contemplated expert disclosures on race shall be served by December 2, 2022; defendants' rebuttal expert disclosures on race are due by January 13, 2023. The parties are to complete depositions for race experts by February 3, 2023. As discussed, the Court defers setting a schedule for any damages experts. Fact discovery must be completed by October 28, 2022. The parties have until February 17, 2023, to request a premotion conference before Judge Vitaliano.