

**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Brian Kaplan
brian.kaplan@dlapiper.com
T  212.335.4515
F  917.778.8614

July 6, 2022

**VIA ECF**

Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Alphonso David v. The Human Rights Campaign, Inc. and The Human Rights Campaign Foundation; Civil Action No. 1:22-CV-00620-ENV-RLM

Your Honor:

In accordance with the Court's April 28, 2022 directive, counsel for Plaintiff and Defendants hereby submit this joint letter-motion requesting a settlement conference.

While the parties have discussed the case, they have not reached a settlement.  Although both parties are interested in exploring settlement discussions with the Court, the parties disagree as to when. Plaintiff believes that it would be preferable for the parties to discuss settlement as soon as reasonably possible. Plaintiff proposes the following dates for a settlement conference: August 10 or 12. Defendants believe a settlement conference in August would be premature given that the parties are still early in discovery and that a late September date would be more productive.  Defendants propose the following dates for a settlement conference: September 20, 28, 29, or 30.  The parties prefer that any such conference be scheduled virtually.

We thank Your Honor for your attention to this matter.

WEST\299169852.1



Hon. Roanne L. Mann
July 6, 2022
Page Two

**DLA PIPER LLP (US)**

/s/      Brian S. Kaplan

Brian S. Kaplan, Esq.
Brian.Kaplan@dlapiper.com
Evan D. Parness, Esq.
Evan.Parness@dlapiper.com
Cherelle I. Glimp, Esq.
Cherelle.Glimp@dlapiper.com
1251 Avenue of the Americas
New York, New York 10020
Phone: (212) 335-4500
Fax: (212) 335-4501


Kim J. Askew, Esq.
(*Admitted pro hac vice*)
Kim.Askew@us.dlapiper.com
Maria A. Garrett, Esq.
(*Admitted pro hac vice*)
Maria.Garrett@us.dlapiper.com
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 743-4500
Facsimile: (214) 743-4545

*Attorneys for Defendants*
*The Human Rights Campaign, Inc. and*
*The Human Rights Campaign Foundation*


AGREED TO BY:

Linda D. Freidman
Shona B. Glink
Jared Calvert
STOWELL & FREIDMAN LTD
303 W. Madison, Suite 2600

WEST\299169852.1



Hon. Roanne L. Mann
July 6, 2022
Page Three

Chicago, IL 60606
lfriedman@sfltd.com
jcalvert@sfltd.com

Matthew J. Singer
MATT SINGER LAW, LLC
77 W. Wacker Dr., Suite 4500
Chicago, IL 60601
matt@mattsingerlaw.com

CC: All counsel of record (via ECF)

WEST\299169852.1