**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ALPHONSO DAVID,** | |
| **Plaintiff,** | **Case No.   1:22-cv-00620** |
| **v.** | **Judge Roanne L. Mann** |
| **THE HUMAN RIGHTS CAMPAIGN AND THE HUMAN RIGHTS CAMPAIGN FOUNDATION,** | **Jury Trial Demanded** |
| **Defendants.** | |

## JOINT STATUS REPORT

Pursuant to this Court's September 23, 2022, Order ("Order"), the Parties submit the following status report:

Defendants have clarified that the requests referenced in the Order are limited to the time period from June 1, 2019, through the present. In light of that clarification, and the Court's Order, Plaintiff will promptly produce any documents responsive to Defendants' Requests 45, 46, and 71 as narrowed, and to Defendants' Requests 77 and 78.

The Parties mutually believe a reasonable extension of the current discovery schedule is necessary to complete discovery in an orderly and efficient manner. Pursuant to this Court's standing order, the Parties will contemporaneously file separately a joint letter motion for extension of the discovery schedule and update the Court on the progress of discovery to date.

Dated: October 12, 2022.                    Respectfully submitted,


/s/     Evan D. Parness                       /s/             Matt Singer

Kim J. Askew (*pro hac vice*)                 Linda D. Friedman (*pro hac vice*)
Brian S. Kaplan                               Shona B. Glink
Evan D. Parness                               Jared A. Calvert (*pro hac vice*)
DLA PIPER LLP (US)                            STOWELL & FRIEDMAN, LTD.
1251 Avenue of the Americas                   303 W. Madison St., Suite 2600
27th Floor                                    Chicago, Illinois 60606
New York, New York  10020-1104                Phone: 312-431-0888
Phone:   212.335.4782                         Fax: 312-431-0228
Fax:       917.778.8577                       Email: lfriedman@sfltd.com
Email: Evan.Parness@us.dlapiper.com                   sglink@sfltd.com
           Kim.Askew@us.dlapiper.com                  jcalvert@sfltd.com
           Brian.Kaplan@us.dlapiper.com

                                              Matthew J. Singer (*pro hac vice*)
*Attorneys for Defendants*                    MATT SINGER LAW, LLC
                                              77 West Wacker Dr., Suite 4500
                                              Chicago, Illinois  60601
                                              Phone: 312-248-9123
                                              Email: Matt@MattSingerLaw.com

                                              *Attorneys for Plaintiff*


**JOINT STATUS REPORT—PAGE 2**