UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ALPHONSO DAVID

                    Plaintiff,

v.

THE HUMAN RIGHTS CAMPAIGN AND
THE HUMAN RIGHTS CAMPAIGN FOUNDATION,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 22-cv-00620

## STIPULATION OF DISMISSAL WITH PREJUDICE
### PURSUANT TO F.C.R.P. 41(a)(1)(A)(ii)

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate that the above-captioned action is hereby voluntarily dismissed, with prejudice, as to all defendants.

Dated: New York, New York
       April  3  , 2023

/s/ _____

Linda D. Friedman (*pro hac vice*)
Shona B. Glink
Jared A. Calvert (*pro hac vice*)
STOWELL & FRIEDMAN, LTD.
303 W. Madison St., Suite 2600
Chicago, Illinois 60606
Phone: (312) 431-0888
Fax: (312) 431-0228
Email: lfriedman@sfltd.com
       sglink@sfltd.com
       jcalvert@sfltd.com

/s/ _____

Kim J. Askew (*pro hac vice*)
Brian S. Kaplan
Evan D. Parness
DLA PIPER LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
Phone: (212) 335-4782
Fax: (917) 778-8577
Email: Kim.Askew@us.dlapiper.com
       Brian.Kaplan@us.dlapiper.com
       Evan.Parness@us.dlapiper.com

*Counsel for Defendants*

Matthew J. Singer (*pro hac vice*)
MATT SINGER LAW, LLC
77 West Wacker Dr., Suite 4500
Chicago, Illinois 60601
Phone: 312-248-9123
Email: Matt@MattSingerLaw.com

*Counsel for Plaintiff*

**Application Granted
SO ORDERED
Brooklyn, New York
Dated:** 4/4/2023

/s/ Eric N. Vitaliano
_____
Eric N. Vitaliano
United States District Judge

*The Clerk is directed to close this case.*

WEST\302390043.1